**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| HOLISTIC SOLUTIONS LLC and SUZAN NICKELSON,<br><br>Petitioners,<br><br>v.<br><br>EASTBOUND COLLECTIVE LLC, PATRIK JONSSON, and ROBERT SCIARRONE,<br><br>Respondents. | Civil Action No.:<br><br>**FED. R. CIV. P. 7.1 DISCLOSURE STATEMENT OF PETITIONER HOLISTIC SOLUTIONS LLC** |

The undersigned counsel for Petitioner Holistic Solutions LLC ("Holistic") certifies that this party is a non-governmental corporate entity and does not have a parent corporation, nor is there any publicly held corporation that owns 10% or more of Holistic's membership interests.

Holistic Solutions LLC is a New Jersey limited liability company. Its members are all citizens of the State of New Jersey. Its members are Suzan Nickelson, who resides at 1115 Haral Place, Cherry Hill, New Jersey 08034, Marisa Edmund, who resides at 55 Lane of Acres, Haddonfield, New Jersey 08033, and Jenice Baker and Rafiq Baker, who both reside at 11 Cedar Hill Court, Voorhees, New Jersey 08043.

Respectfully submitted,

**A.Y. STRAUSS LLC**

*/s/ Robert J. Donaher*
Robert J. Donaher, Esq.
290 West Mount Pleasant Avenue
Suite 3260
Livingston, New Jersey 07039
T: 973-582-7462
rdonaher@aystrauss.com
*Attorneys for Petitioner Holistic Solutions LLC*

Dated: October 20, 2026